IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3110 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LINDSAY MARIE HARRY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion in limine (filing 24) shall be held in abeyance and not considered until the first day of trial, during the conference which will be held immediately prior to trial, unless a party shall show cause, within 10 days of this order, why such deferral would be inappropriate.

February 9, 2009.  BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge