IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3110 |
| | ) | |
| V. | ) | |
| | ) | |
| LINDSAY M. HARRY, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has moved to continue the trial currently set for August 3, 2009. Filing No. 68. The defendant is attempting to marshal the assets needed to keep her retained counsel, but she may need appointed counsel. Further, defendant's retained counsel needs additional time to prepare and file a pretrial motion. The government does not oppose the requested continuance. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 68), is granted.

2) The trial of this case is set to commence at 9:00 a.m. on September 21, 2009 for a duration of four trial days. Jury selection will be at the commencement of trial.

3) Based upon the showing set forth in the defendant's motion and the representations of defendant's counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the

interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and September 21, 2009 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

Dated this 30th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge