IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3110 |
| | ) | |
| v. | ) | |
| | ) | |
| LINDSAY MARIE HARRY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The government has moved to continue the deadline for responding to the defendant's motion to dismiss. (Filing No. 79). The government's motion states a transcript of the May 7, 2009 proceedings must be prepared before the government can fully respond to the defendant's motion, and although the transcript has been ordered, it will not be available to the government before the current response deadline expires. The government's motion will be granted.

IT IS ORDERED that the government's motion to continue, (filing no. 79), is granted, and the government's response to the defendant's motion to dismiss shall be filed on or before August 24, 2009.

DATED this 12th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge